# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

| | |
|---|---|
| ROBIN GARAFALO, *on behalf of herself and others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>SANTANDER CONSUMER USA INC.,<br><br>Defendant<br><br>SANTANDER CONSUMER USA INC.,<br><br>Third-Party Plaintiff,<br><br>v.<br><br>JOHN F. WHITEHURST JR.,<br><br>Third-Party Defendant. | CASE NO. 6:17-cv-1408-PGB-GJK |

## NOTICE OF SETTLEMENT

Robin Garafalo ("Plaintiff"), and Santander Consumer USA Inc. ("Defendant"), by and through their undersigned counsel, submit this notice of settlement. Plaintiff and Defendant have reached a settlement of their claims. They accordingly request a stay of all pending deadlines for sixty days in order to execute settlement documents, and to file a stipulation to dismiss this matter through which they will dismiss Plaintiff's individual claims with prejudice, the putative class's claims without prejudice, and Defendant's claims again John Whitehurst ("Third-Party") with prejudice,[1] with each party bearing its own attorney's fees and costs.

---

[1] Third-Party has not answered Defendant's counter-claims.

*s/ Matthew T. Mitchell*
R. Frank Springfield (FL Bar # 10871)
Matthew T. Mitchell (FL Bar # 18319)

BURR & FORMAN LLP
420 N. 20th Street, Suite 3400
Birmingham, AL 35203
Telephone: (205) 251-5187
Facsimile: (205) 244-5707
Email: fspringfield@burr.com
Email: mmitchell@burr.com

Laura Westerman Tanner
FL Bar # 85573
BURR & FORMAN LLP
201 N. Franklin Street, Suite 3200
Tampa, FL 33602
Telephone: (813) 221-2626
Facsimile: (813) 221-7335
Email: ltanner@burr.com

*Counsel for Defendant and Third-Party Plaintiff Santander Consumer USA Inc.*

s/ *Aaron D. Radbil*
Aaron D. Radbil
Greenwald Davidson Radbil PLLC
106 East Sixth Street, Suite 913
Austin, Texas 78701
aradbil@gdrlawfirm.com

Michael L. Greenwald
James L. Davidson
Jesse S. Johnson
Greenwald Davidson Radbil PLLC
5550 Glades Road, Suite 500
Boca Raton, Florida 33431
mgreenwald@gdrlaw.com
jdavidson@gdrlaw.com
jjohnson@gdrlaw.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was electronically filed on January 8, 2018, via the Court Clerk's CM/ECF system, which will provide notice to all counsel of record.

/s/ Aaron D. Radbil
Aaron D. Radbil