UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ROBIN GARAFALO,

        Plaintiff,

v.                                Case No:  6:17-cv-1408-Orl-40GJK

SANTANDER CONSUMER USA INC.,

        Defendant/Third
        Party Plaintiff,

JOHN F WHITEHURST, JR ,

        Third Party Defendant.
_____/

## ORDER

This cause is before the court following review of the Joint Stipulation of Dismissal with Prejudice, in which the parties stipulate to the dismissal of the above-captioned action in its entirety. (Doc. 27). The stipulation of dismissal is self-executing pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  *See Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1278, 1279 (11th Cir. 2012).  Accordingly, the Clerk of Court is **DIRECTED** to close the file.

**DONE AND ORDERED** in Orlando, Florida on March 13, 2018.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties